## INHABITANTS OF OXFORD

### *versus*

## COUNTY COMMISSIONERS OF OXFORD COUNTY.

A writ of *certiorari* is grantable only at the discretion of the court.

The hearing and determination upon a petition for a writ of *certiorari* must be had at *Nisi Prius.*

This case is presented upon a petition to the Supreme Judicial Court, next to be holden at Paris, within and for the county of Oxford; but it does not appear that the petition was there heard and determined, and no report or exceptions consequently are before this court.

*J. J. Perry,* counsel for plaintiffs.

*S. C. Andrews,* County Attorney, for defendants.

HATHAWAY, J. A writ of *certiorari* is grantable only at the discretion of the court. Cushing v. Gray et. al., 23 Maine R., 9; Inhabitants of Waterville, petitioners, 31 Maine R., 506; Rand v. Tobie, 32 Maine R., 450; Dyer v. Small et. al., 33 Maine R., 273; Inhabitants of West Bath, petitioners, 36 Maine R., 74.

The petition is improperly before us. The hearing and determination should have been at *Nisi Prius.*

It was not included in the enumeration of subjects to be considered by this court, as matters of law, in the statute of 1852, chap. 246, sec. 8, nor in the last revision of the statutes, chap. 77, sec. 17.

*Dismissed from the Law Docket.*